for writ of certiorari to the Supreme Court of Errors of Connecticut granted. *Mr. Thomas R. FitzSimmons* for petitioner. *Mr. Edward R. Brumley* for respondent.

No. 239. MAYNARD, ADMINISTRATOR, *v.* ELLIOTT, TRUS-TEE;

No. 240. VARNEY *v.* SAME;

No. 241. SMITH ET AL. *v.* SAME; and

No. 242. RUTHERFORD *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Randolph Bias* and *Wells Goodykoontz* for petitioners. *Mr. Stanley Reed* for respondent. Reported below: 40 F. (2d) 17.

No. 252. UNITED STATES *v.* WELLS ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Mr. W. W. Spalding* for respondents.

No. 261. STANDARD MARINE INS. Co., LTD., *v.* SCOTTISH METROPOLITAN ASSURANCE Co., LTD. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Russell T. Mount* for petitioner. *Messrs. T. Catesby Jones* and *James W. Ryan* for respondent.

No. 263. MAAS & WALDSTEIN Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. George E. Holmes, W. A. Sutherland,* and *Donald Havens* for petitioner. *Solicitor General Thacher, Assistant Attorney General*